TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00113-CV
 
 




 

 

Luis Zarruk, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 395th District Court OF Williamson COUNTY 
 NO. 10-2616-F395, The Honorable Michael
 Jergins, JUDGE PRESIDING
 
 




 


 
 
                                                                      O
 R D E R
 PER CURIAM
 Appellant Luis Zarruk
 filed his notice of appeal on February 15, 2012.  The appellate record was complete April 25, 2012, making appellant’s
 brief due May 15, 2012.  On May
 11, 2012, counsel for appellant filed a motion for extension of time
 to file her brief.  
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion and order counsel to file
 appellant’s brief no later than May
 30, 2012.  If the brief is not
 filed by that date, counsel may be required to show cause
 why she should not be held in
 contempt of court.
 It is ordered on May 16, 2012.
  
 Before
 Justices Puryear, Henson and Goodwin